IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00307-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CAMERON WALLACE,

      Defendant.

## MOTION TO WITHDRAW

The Office of the Federal Public Defender, through Natalie G. Stricklin, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above-named defendant, Cameron Wallace ("Mr. Wallace"). In support of this motion, Mr. Wallace states as follows:

    1.    The Office of the Federal Public Defender ("FPD") was appointed to represent Mr. Wallace on October 14, 2022 (Doc. 6), and undersigned counsel entered her appearance that same day (Doc. 8).

    2.    On Thursday, January 19, 2023, attorney Megan M. Downing entered her appearance on behalf of Mr. Wallace (Doc. 21).

    3.    Accordingly, due to Mr. Wallace retaining private counsel in the person of attorney Megan M. Downing, undersigned counsel and the FPD office move to withdraw.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing undersigned counsel and the Federal Public Defender's Office to withdraw as counsel of record and to be removed from future ECF notices.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Natalie G. Stricklin
        NATALIE G. STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Natalie_Stricklin@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I filed the foregoing ***Motion to Withdraw*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Melissa E. Hindman, Assistant United States Attorney
E-mail:  melissa.hindman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Cameron Wallace    (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant
